No. 73–5071. Holley v. Lawrence. C. A. 5th Cir. Certiorari denied.

No. 73–5076. Brown v. LaVallee, Warden. C. A. 2d Cir. Certiorari denied.

No. 73–5081. Hogan v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 73–5084. Dixon v. Caldwell, Warden. C. A. 5th Cir. Certiorari denied.

No. 73–5086. Whetton v. Turner, Warden. Sup. Ct. Utah. Certiorari denied.

No. 73–5088. Cox v. Kentucky. Ct. App. Ky. Certiorari denied.

No. 73–5099. Shipp v. Tennessee. C. A. 6th Cir. Certiorari denied.

No. 73–5109. Spiers v. Tennessee. Ct. Crim. App. Tenn. Certiorari denied.

No. 73–5112. Saunders v. Municipal Court, City and County of San Francisco. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–5122. Tinsley v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 73–5125. Mahone v. Hubbart et al. C. A. 5th Cir. Certiorari denied.

No. 73–5133. Martinez v. Oswald, Commissioner of Corrections, et al. C. A. 2d Cir. Certiorari denied.

No. 73–5138. Howard v. Maryland. Ct. Sp. App. Md. Certiorari denied.